1

1    N THE UNITED STATES DISTRICT COURT FOR THE
          WESTERN DISTRICT OF PENNSYLVANIA
2
                       - - - -
3
     TAYLOR CONDARCURE,          )
4                                )
             Plaintiff,          )
5                                ) Civil Action
        -vs-                     ) No. 2:12-CV-01453
6                                )
     CITY OF PITTSBURGH,          )
7    CHIEF OF POLICE NATHAN      )
     HARPER, OFFICER DAVID       )
8    HONICK, OFFICER MATTHEW     )
     WHITE, OFFICER R.           )
9    SEMOLINSKI, DETECTIVE       )
     LEBEDDA, OFFICER M. KAIL,   )
10   SR STATION SQUARE LLC       )
     t/d/b/a SADDLE RIDGE        )
11   SALOON and/or SR PITT LLC   )
     t/d/b/a SADDLE RIDGE        )
12   SALOON, and SADDLE RIDGE    )
     SALOON, INC.,               )
13                               )
             Defendants.         )
14
                       - - - -
15
              DEPOSITION OF: TAYLOR CONDARCURE
16
                       - - - -
17
                 DATE:    January 14, 2014
18                        Tuesday, 11:14 a.m.

19           LOCATION:    City of Pittsburgh
                          Law Department
20                        313 City-County Bldg.
                          Pittsburgh, PA  15219
21
             TAKEN BY:    Defendants
22                        City of Pittsburgh and
                          Nathan Harper
23
          REPORTED BY:    Kristin Lytle, RPR
24                        Notary Public
                          Reference No. KL33474
25

**AKF Reporters, Inc.**
412-261-2323

Exhibit A

Page 22

1  A.  Yes.
2  Q.  Were you engaged to her for a period of time?
3  A.  Yes.
4  Q.  When did you get engaged to her?
5  A.  2009.
6  Q.  When did the engagement break off?
7  A.  2011.
8  Q.  And did anything surrounding this incident
9      play a part in the breaking up of the
10     relationship?
11 A.  No.
12 Q.  Lexa Lockhart was with you on the night of
13     this incident; is that correct?
14 A.  Yes.
15 Q.  Did you move from the Avonmore address back to
16     your parents' home at some point?
17 A.  No.
18 Q.  Was there an in between?
19 A.  Yes.
20 Q.  Where did you move to after you left Avonmore?
21 A.  Avonmore.
22 Q.  Two addresses in Avonmore?
23 A.  Yeah, same street.
24 Q.  When did you move back to your parents' house?
25 A.  It had to be the same year, 2011, short period

Page 23

1      of time.
2  Q.  So it's February 2010.  You're living in
3      Avonmore with your fiancee, Lexa Lockhart; is
4      that correct?
5  A.  Yes.
6  Q.  And at that point you don't have any
7      particular full-time employment?
8  A.  No.
9  Q.  And what are you doing for money?
10 A.  Right now?
11 Q.  No, at that point, february of 2010.  What
12     were you doing to have money to pay the bills?
13 A.  Helping my parents.
14 Q.  What type of business did your parents have at
15     that point?
16 A.  eBay.
17 Q.  eBay?
18 A.  Yes.
19 Q.  Was this -- I guess it wasn't a formal
20     employment arrangement.  It was just you would
21     help out, and they would give you some funds?
22 A.  Family business.
23 Q.  Do you know whether you're a shareholder or
24     incorporated --
25 A.  No, no.

Page 24

1  Q.  So it's my understanding that there was a
2      celebration of someone's birthday that
3      precipitated this event; is that correct?
4  A.  Yes.
5  Q.  Who was the person whose birthday was being
6      celebrated?
7  A.  Craig Petho.
8  Q.  How old was Craig turning?
9  A.  23.
10 Q.  How long have you known Craig?
11 A.  A long time, 15 years.
12 Q.  What was the plan to celebrate Craig's
13     birthday?
14 A.  To take a party bus down to Pittsburgh.
15 Q.  How many people were on the bus?
16 A.  26 or so.
17 Q.  Of those 26, how many names can you remember?
18     Why don't you start by going through
19     the ones that you can recall.  Obviously Craig
20     Petho was one.  Was Craig on the bus?
21 A.  Just start naming?
22 Q.  Yes.
23 A.  Craig, Jeremy.
24 Q.  You're going to have to give us last names.
25 A.  Craig Petho, Jeremy Andrew, Kim Karnes, Lexa

Page 25

1      Lockhart, Ronald Stringer, Josh Coleman,
2      Travis Hall.  That's all I can think of.
3  Q.  If any other names come to your mind during
4      the deposition, shout them out.  Okay?
5  A.  All right.
6  Q.  Did the bus pick you up at your address?
7  A.  No, at the plaza in Apollo.
8  Q.  The plaza in Apollo?
9  A.  Yeah.
10 Q.  Did you take a car from your address to the
11     plaza in Apollo?
12 A.  Yes.
13 Q.  Who drove with you in the car?
14 A.  Lexa.
15 Q.  And before getting on the bus, did you have
16     any alcoholic beverage that night?
17 A.  No.
18 Q.  Okay.  Is there any alcohol at all on the bus
19     as you're taking it from Apollo to Pittsburgh?
20 A.  Yes.
21 Q.  What type of beer?
22 A.  I'm not sure.
23 Q.  I said what type of beer.  What type of
24     alcohol?
25 A.  I know some guys had some beer.

Page 26

1  Q.  Pardon us for one moment, please.
2      Can I talk to you outside for a
3      moment?
4          MR. CAMPBELL: Yeah.
5          - - - -
6  (There was a recess in the proceedings from
7      11:41 a.m. to 11:50 a.m.)
8          - - - -
9  BY MR. KENNEDY:
10 Q.  I had asked a question about whether you had
11     anything to drink before you got on the bus.
12     You said no. And then I asked you if there
13     was any alcohol on the bus, and you said you
14     thought there was some beer; is that correct?
15 A.  Yes.
16 Q.  Did you have any beer on the bus?
17 A.  No.
18 Q.  Where did the bus take you to?
19 A.  First Buckhead's.
20 Q.  And does the bus park in a parking spot and
21     everybody gets out, or does the bus drop you
22     off at the door and go somewhere else? What
23     do you recall about that?
24 A.  It drops us off and then parks.
25 Q.  And Buckhead's -- is that on Carson Street?

Page 27

1  A.  No, Station Square.
2  Q.  Station Square?
3  A.  Yeah.
4  Q.  So there's a lot of people there in your
5      group?
6  A.  Yes.
7  Q.  Are there any one or two or three that you
8      would say you spent most of your time chatting
9      with and socializing with that evening?
10 A.  Lexa, Kim, and Jeremy.
11 Q.  How long were you at Buckhead's?
12 A.  About an hour, hour and a half.
13 Q.  And did you have any alcoholic beverages?
14 A.  Yes.
15 Q.  And what type?
16 A.  Some beer and Seagram's 7.
17 Q.  And how many beers?
18 A.  One or two.
19 Q.  And how many Seagram's 7?
20 A.  Just one.
21 Q.  And that's a mixed drink?
22 A.  Yeah.
23 Q.  Now were you paying for your own drinks as you
24     went along? Were you buying rounds for each
25     other? Explain how that process worked.

Page 28

1  A.  I paid for my own.
2  Q.  Did you notice how much Lexa drank at
3      Buckhead's?
4  A.  Not much.
5  Q.  Did she have at least one drink?
6  A.  Yes.
7  Q.  Did you buy her a drink?
8  A.  Yes.
9  Q.  Did you buy her more than one drink that you
10     recall?
11 A.  I don't remember.
12 Q.  So an hour and a half at Buckhead's. By the
13     way, what time did you get to Buckhead's
14     approximately?
15 A.  10, 10:30.
16 Q.  How long does it take to get from Apollo where
17     the bus left to Station Square?
18 A.  On a bus, at least an hour and a half. The
19     bus is slow.
20 Q.  Other people drank during the bus ride --
21     drank beer during the bus ride; is that
22     correct?
23 A.  Yes.
24 Q.  Did Lexa drink during the bus ride?
25 A.  I don't think so.

Page 29

1  Q.  Now where then do you go when you leave
2      Buckhead's?
3  A.  To Saddle Ridge.
4  Q.  And do you walk from Buckhead's to Saddle
5      Ridge, or are you driven there by the bus?
6  A.  No. The bus goes over.
7  Q.  Had you been to either Buckhead's or Saddle
8      Ridge before the night of this incident?
9  A.  Yes.
10 Q.  How many times approximately would you have
11     been to Buckhead's before the night of this
12     incident?
13 A.  I have no idea.
14 Q.  How many times would you have been to Saddle
15     Ridge before the night of this incident?
16 A.  Once or twice.
17 Q.  Was it common for you to come to Pittsburgh to
18     go out with your friends?
19 A.  No.
20 Q.  So Buckhead's is in Station Square. Saddle
21     Ridge is kind of next to Station Square; is
22     that correct?
23 A.  Yeah.
24 Q.  On the other side of the Smithfield Street
25     Bridge?

Page 30

1  A.  It's right by Smithfield, yeah.
2  Q.  So it wouldn't take long to go from Buckhead's
3      to Saddle Ridge?
4  A.  Not at all. Walking, yeah. Bus, no.
5  Q.  So approximately what time do you get to
6      Saddle Ridge, your group?
7  A.  Midnight or so.
8  Q.  Now my understanding is Saddle Ridge is broken
9      up into different bar areas?
10 A.  Yes.
11 Q.  And there are three areas?
12 A.  Yeah. There's a Barroom, Saddle Ridge, and I
13     can't think of the other bar's name.
14 Q.  Okay. Is there an entrance fee you've got to
15     pay to get into these places?
16 A.  Yes.
17 Q.  And once you get in, you can go freely between
18     one and the others?
19 A.  Yes.
20 Q.  Which one did you spend your time in that
21     night?
22 A.  Barroom.
23 Q.  And other people on your bus who spent the
24     most time with you in Barroom?
25 A.  Everybody was separated throughout the night.

Page 31

1  Q.  Did you and Lexa for the most part stay
2      together?
3  A.  In Barroom, yes.
4  Q.  So if you got there at about midnight, at
5      about what time did your encounter with the
6      police officers occur?
7  A.  1:30.
8  Q.  So you're there for maybe an hour and a half.
9      During that hour and a half, did you drink any
10     alcohol?
11 A.  Yes.
12 Q.  What type?
13 A.  Captain and Coke.
14 Q.  And how many Captain and Cokes?
15 A.  I'm going to say in Barroom, two.
16 Q.  And how about in the actual Saddle Ridge bar,
17     did you drink anything in that area?
18 A.  I think I had a Captain from Barroom because
19     you can bring it over.
20 Q.  So then in the total hour and a half that you
21     were there from when the bus dropped you off
22     until the encounter, your best estimate is you
23     had two Captain and Cokes?
24 A.  Yes.
25 Q.  Did you have any beer?

Page 32

1  A.  No.
2  Q.  Did you dance? Did you ride the bull? Tell
3      me what you did during that hour and a half
4      other than have a couple of drinks.
5  A.  We went to Barroom and danced for a while.
6      Well, we heard there were girls on the bull
7      topless so -- of course, natural, and so we
8      went over there. That had to have been closer
9      to 1:30. And that's -- we were only there for
10     a little while.
11 Q.  So tell me what you were doing in the 5-minute
12     period of time immediately before your
13     encounter with the police officer.
14 A.  Well, I saw Jeremy and Kim arguing across the
15     way. And then I saw some friends at the bar.
16     I went up and told the friends at the bar that
17     we were getting ready to get going because I
18     wanted to go to Mike & Tony's to get a giro.
19 Q.  I'm sorry. Mike & Tony's?
20 A.  Yeah. So we were going to take that way
21     because I wanted to go there.
22         And I was like, well, get ready
23     because I want to go soon. I am trying to
24     gather everybody up at this point.
25 Q.  I want to kind of pick at you for a little

Page 33

1      detail while you're giving me this narrative.
2      So which bar area are you in?
3  A.  Saddle Ridge.
4  Q.  And you're walking up to one of the bars in
5      the Saddle Ridge area and talking to friends.
6      Who are the friends you're talking to at that
7      point?
8  A.  That had to have been -- Chelsea Zavarelli and
9      Travis Hall.
10 Q.  So it was your desire for everybody to go to
11     Mike & Tony's on the bus or for you and Lexa
12     to go there?
13 A.  We came on the bus. We had to leave on the
14     bus.
15 Q.  Were you kind of lobbying to get everybody to
16     go to Mike & Tony's?
17 A.  I was trying, yeah.
18 Q.  So now take me from that point forward.
19 A.  I -- here's the bar. I was standing here. I
20     approached them, talked to them, looked over
21     and saw Jeremy and Kim across the way and was
22     walking over to him, Jeremy, and that's when I
23     was approached.
24 Q.  So you left your seat at the bar to walk
25     towards Jeremy?

Page 34

1  A.  I never sat.  I just walked up to the bar.
2  Q.  You left your standing area at the bar to walk
3      towards Jeremy?
4  A.  Yes.
5  Q.  When you say that's when you saw him, who are
6      you referring to?
7  A.  That's when I was approached by the officers.
8  Q.  And which officer first approached you?
9  A.  Honick.
10 Q.  Did you know his name that night?
11 A.  No.
12 Q.  You've come to learn later that it was Officer
13     Honick?
14 A.  Yes.
15 Q.  What is -- what did Honick say to you as he
16     was approaching you, if anything?
17 A.  He said: I told you to leave multiple times.
18     You have to go.
19 Q.  Had he told you to leave any time before that
20     initial encounter?
21 A.  No.
22 Q.  Was he in a uniform?
23 A.  A security shirt.
24 Q.  When you say a security shirt, I mean is it
25     like a black T-shirt with the word security

Page 35

1      across the front, or how would you describe
2      it?
3  A.  Yes, across like the pocket area where a front
4      pocket would be and on the back.
5  Q.  Did it say the word security?
6  A.  Yeah.
7  Q.  Was there a name plate on it?
8  A.  No.
9  Q.  Was there a badge on it?
10 A.  No.
11 Q.  Was he wearing a coat over top of his shirt?
12 A.  I'm not sure.
13 Q.  Was he wearing a hat?
14 A.  No.
15 Q.  As he approached you and made his first
16     comment to you, did you think he was a police
17     officer?
18 A.  No.
19 Q.  What did you think he was when he approached
20     you?
21 A.  A security guard.
22 Q.  Were there any other either security guards or
23     police officers telling people to leave
24     within -- or that you noticed within a few
25     seconds of Honick saying what he said to you?

Page 36

1  A.  No.
2  Q.  Did you notice any other security guards or
3      police officers that evening?
4  A.  No.
5  Q.  So did you respond to Honick after he made
6      that statement to you?  Did you respond
7      verbally?
8  A.  Yes.
9  Q.  What did you say?
10 A.  I said: Wow.  What did I do?  I didn't do
11     anything.
12 Q.  And what happened after you said that?
13 A.  I turned around.
14 Q.  Did he say anything before you turned around?
15 A.  No.
16 Q.  Were you facing him when you said those words?
17 A.  Yes.
18 Q.  What happened after you turned around?
19 A.  He said: I'm not going to tell you again,
20     leave.
21 Q.  And did you respond verbally to that?
22 A.  Yes.
23 Q.  What did you say?
24 A.  I said: Fuck off, faggot.
25 Q.  And what happened after you said that?

Page 37

1  A.  He came at me.
2  Q.  Were you facing him when he came at you?
3  A.  At that point, yes.
4  Q.  Now at one point you said you turned around.
5      You turned around and showed your back to him
6      before you said the words fuck off, faggot?
7  A.  Yeah.
8  Q.  So at what point did he get in front of you to
9      come at you?  That's a bad question.
10     Explain to me the dynamics of where
11     you were facing when you said those words and
12     how he came at you.  Whether he came at you
13     front on or came at you from behind or from
14     the side.  Explain it to us.
15 A.  I had two friends over here -- there was a lot
16     of us there.  I had two friends here.  Lexa
17     was here.  He was over here.  (Indicating.)
18 Q.  Let me ask you to orient me to what you just
19     kind of tried to describe with your hands.
20     And maybe put your initials by you.
21     Put an L for Lexa.
22 A.  I'm not sure exactly where those two were.
23     And Honick was over here.  (Indicating.)
24 Q.  So Lexa was between you and Honick?
25 A.  Yes.

Page 42

1    anything of that nature before he made contact
2    with you?
3  A. No. I just kind of was startled.
4  Q. Now you say he landed a haymaker, and you
5    pointed to your cheek area?
6  A. Yeah.
7  Q. So that's your left cheek, correct?
8  A. Yes.
9  Q. And he threw a right hand?
10 A. Yes.
11 Q. Did you see him wind it up behind his
12   shoulder, or how would you describe it?
13 A. Yes.
14 Q. Was that the first physical contact between
15   his body and your body?
16 A. Yes.
17 Q. Punch to face?
18 A. (Witness nods head up and down.)
19 Q. Say yes.
20 A. Yes.
21 Q. Did the punch knock you down?
22 A. No.
23 Q. Did it stagger you backwards?
24 A. Yes.
25 Q. Would you have fallen but for people behind

Page 43

1    you keeping you propped up?
2  A. That's when I was grabbed and sweeped by
3    another officer.
4  Q. I guess my question is did anybody behind you
5    block you from falling to the ground from the
6    punch?
7  A. I don't know.
8  Q. So you were staggered backwards by the punch,
9    and then you say you were grabbed by someone
10   else?
11 A. Yes.
12 Q. Who was the person that grabbed you?
13 A. I'm not sure, another officer.
14 Q. What was that person wearing?
15 A. I don't know.
16 Q. Can you -- when this is occurring, can you
17   describe whether or not you are mildly
18   intoxicated, not intoxicated at all, buzzed?
19   Describe for me any effect that the amount of
20   alcohol you had consumed that night was having
21   on your sensibilities at the point of this
22   encounter.
23 A. Light buzz.
24 Q. Light buzz, okay.
25      So you get grabbed from behind. Is

Page 44

1    it like a reverse bear hug, or how would you
2    describe the grab?
3  A. That's accurate.
4  Q. A reverse bear hug?
5  A. Yes.
6  Q. And have you ever learned who it was that
7    grabbed you from behind?
8  A. I'm not sure.
9  Q. And what happened after you were grabbed from
10   behind?
11 A. I was leg sweeped with my hands behind my
12   back.
13 Q. How were your hands behind your back?
14 A. With a bear hug. I was more or less like this
15   (indicating), a squeeze to the side.
16 Q. To the side?
17 A. To the side.
18 Q. You had not put your hands behind your back to
19   be cuffed at any --
20 A. No, no.
21 Q. So it was more like your arms were trapped to
22   your side by the bear hug?
23 A. Yes.
24 Q. And was it a leg sweep forward or a leg sweep
25   to the side? How would you describe it?

Page 45

1  A. Kind of like a takedown.
2  Q. What you just described to me appeared to be
3    the officer took you to the side?
4  A. Like -- well, with -- just like a leg trip
5    with his right leg I'm assuming.
6  Q. So which side did he take you down to?
7  A. To my right.
8  Q. Now did you land flat on your face or on your
9    right ear? How would you describe how you hit
10   the floor?
11 A. Flat.
12 Q. Face first?
13 A. Yes.
14 Q. Were you punched a second time before you were
15   taken to the ground?
16 A. No.
17 Q. You didn't lose consciousness when you were
18   punched; is that correct?
19 A. No. I was stunned.
20 Q. And when you were taken to the ground and hit
21   the ground, did you lose consciousness?
22 A. Maybe slightly.
23 Q. If you had to gauge, which was the more
24   forceful contact? Which hurt more?
25 A. The punch.

Page 46

1  Q. Now when the officer took you to the ground
2     with the leg sweep, did his weight follow you
3     to the ground?
4  A. Yes.
5  Q. Did you lose your breath at all?
6  A. Yes.
7  Q. What happens now after you have been taken to
8     the ground?
9  A. Handcuffed, bleeding, taken out.
10 Q. Do you remember which officer put the
11    handcuffs on you?
12 A. No.
13 Q. Do you remember any words that had been said
14    from the point where Honick told you the
15    second time you had to go until the point in
16    time where you were taken to the ground?  Did
17    anybody say any words that you can recall?
18 A. Not that I recall.
19 Q. Now while you were on the ground, do you
20    remember them saying any words to you?
21 A. The officers?
22 Q. The officers.
23 A. I don't remember.
24 Q. How many officers laid hands on you during the
25    process of you being taken to the ground, you

Page 47

1     being handcuffed, and you being lifted back to
2     your feet?
3  A. Three or 4 I believe.
4  Q. And do you remember any words that any of
5     those 3 or 4 officers said?
6  A. At what point?
7  Q. Let's say while you were just being brought to
8     your feet and before they start walking you
9     out.
10 A. Not until outside.
11 Q. I'm assuming you didn't know any of these
12    officers on the night of the incident?
13 A. No.
14 Q. Have you come to learn who any of these 3 or 4
15    officers were above and beyond Honick?
16 A. Mr. White.
17 Q. Mike White, okay.
18         MS. COLEMAN: Matt White.
19    BY MR. KENNEDY:
20 Q. Is there anything specifically you can recall
21    about the handcuffing process, whether they
22    were kneeing you in the head or hurting you or
23    causing pain?
24 A. Knee in the back.
25 Q. A knee in your back?

Page 48

1  A. Yeah.  I think two of them were holding me
2     down.
3  Q. Were you punched at all while you were being
4     handcuffed?
5  A. No.
6  Q. Was Honick playing a part in your handcuffing?
7  A. No.  I don't believe so.
8  Q. Did you see where he went or what he was doing
9     during that process?
10 A. I think he was just standing there.
11 Q. By the way, before Honick punched you, did you
12    hear any officers or any security guards
13    shouting out everybody has to leave or words
14    to that effect?
15 A. No.
16 Q. Had any of your friends in the 5 minutes
17    before this encounter occurred between you and
18    Honick -- had any of your friends said
19    anything to you about the bar wanted the
20    people out, the customers out?
21 A. No.
22 Q. So you weren't aware at all if the bar was
23    trying to get people out at that point in
24    time?
25 A. I don't believe so.

Page 49

1  Q. Were you aware of some sort of an altercation
2     between members of your group and other
3     customers of the bar before Honick punched
4     you?
5  A. Yes.
6  Q. What is your understanding as to what
7     altercation occurred?
8  A. Somebody was talking to Jeremy's girlfriend.
9     That's all I know.
10 Q. And did you hear later on whether or not that
11    involved -- turned into a shoving match or a
12    loud argument or anything of that nature?
13 A. Argument.
14 Q. Do you know what time the bar closed in
15    February of 2010?
16 A. No.
17 Q. Did anyone say last call or words to that
18    effect at any point before Honick punched you?
19 A. Not that I know of.
20 Q. What was your general understanding as to when
21    last call was at a bar?
22 A. 2 to 2:15.
23 Q. Did you have a drink in your hand while you
24    were talking with the people you've identified
25    in Exhibit 1?

Page 50

1  A. At that point, no.
2  Q. As you were -- tell me how you got off the
3     floor and out the door.
4  A. Picked up, handcuffed, escorted.
5  Q. Handcuffed first, then escorted?
6  A. Yes.
7  Q. Did any of the officers use a taser or
8     nightstick or anything on you that night?
9  A. No.
10 Q. Were you punched at all while you were being
11    escorted from the position of your handcuffing
12    to outside?
13 A. Honick slammed me into the brick wall.
14 Q. Is that after you got outside?
15 A. Yes.
16 Q. So Honick was one of the officers leading you
17    out of the facility?
18 A. Yes.
19 Q. Now explain to me how that occurred.
20 A. I turned -- as we were walking out -- I was
21    being taken to the paddy wagon -- I looked
22    over to tell Lexa to call my mom because they
23    all came outside when I was being escorted
24    out. It was kind of a group thing there. And
25    I turned over to tell Lexa to call my mom,

Page 51

1     come get me, do something. And that's when he
2     told me to stop resisting and put me up
3     against the wall.
4  Q. Were you already out the front door so to
5     speak when that occurred?
6  A. I think it was a back door or side door.
7  Q. But you were outdoors?
8  A. Yes.
9  Q. Did you have a coat on?
10 A. No.
11 Q. And the surface he put you up against -- you
12    said it was a brick wall surface?
13 A. Yes.
14 Q. Describe how he had a hold of you. Did he
15    hold you by your neck?
16 A. Arms behind my back, forearm to my shoulder
17    blades, and forceful.
18 Q. But the force was coming from what you believe
19    was his forearm pushing around your shoulder
20    blade area?
21 A. Yeah (indicating).
22 Q. What part of your body hit the wall first?
23 A. Face.
24 Q. How forceful would you describe -- you had
25    three blows that night at this point. Give me

Page 52

1     the severity or the ranking of the three
2     blows.
3  A. From 1 to 3?
4  Q. From 1 to 3.
5  A. First a 10.
6  Q. And that's the punch?
7  A. Two, 8.
8  Q. And the second is the thrown to the floor.
9     Now the third one?
10 A. Three? It hurt, 8.
11 Q. Which blow caused the fracture if you know?
12 A. The punch.
13 Q. Now you say Honick used the words quit
14    resisting. Was that immediately before he
15    pushed you up against the wall?
16 A. I'm not sure exactly what words he said, but
17    it was along that nature.
18 Q. Do you remember any other words that Honick
19    said after he got you outside?
20 A. He said: No punk ass kid from Apollo is going
21    to take me down.
22 Q. Do you know how he knew you were from Apollo
23    at that point?
24 A. Because they checked my wallet for my license,
25    for my information.

Page 53

1  Q. Where did that check occur?
2  A. By the -- when we went outside by the paddy
3     wagon thing.
4  Q. Was there a period of time where you were
5     standing outside before he pushed you up
6     against the wall?
7  A. No.
8  Q. When did they get your wallet from your
9     person?
10 A. On the way from the Barroom floor to right
11    before we were about to get into the van.
12 Q. Where did you keep your wallet? Pants pocket?
13 A. Yes, left pocket.
14 Q. Did you get it out for them, or did they get
15    it out?
16 A. I was handcuffed. They got it out.
17 Q. Do you remember which officer got your wallet
18    out of your pocket?
19 A. I'm not sure. It was one of the other guys.
20 Q. Did you actually see any officer looking
21    through your wallet for your identification?
22 A. No. That's when I was trying to get Lexa's
23    attention.
24 Q. How long were you outside in seconds or
25    minutes before you were pushed up against the

Page 54

1 wall?
2 A. A couple minutes.
3 Q. And then how long from the point you were
4 pushed up against the wall until you were put
5 in the paddy wagon?
6 A. Fast.
7 Q. Less than a couple minutes?
8 A. A minute.
9 Q. Other than being pushed up against the wall,
10 do you recall any other physical contact you
11 had with the officers while you were outside?
12 A. No.
13 Q. No other punches were thrown; is that correct?
14 A. No.
15 Q. No other punches were thrown?
16 A. No other punches were thrown.
17 Q. Thank you. Did anyone tell you why you were
18 being taken into custody?
19 A. No.
20 Q. At what point did you learn why you were being
21 taken into custody?
22 A. The next day.
23 Q. They put you in a paddy wagon. Was it an
24 actual truck with a large cargo area in the
25 back of it type of wagon?

Page 55

1 A. It was like a van.
2 Q. A van?
3 A. Yeah.
4 Q. Where did they take you to?
5 A. Allegheny.
6 Q. Allegheny County Jail?
7 A. Yes.
8 Q. Straight to the jail?
9 A. Yes.
10 Q. When you got to the jail, explain to me the
11 intake process that you went through.
12 A. They took a dry rag and wiped the blood off my
13 face so they could take a picture.
14 Q. When you say they, who are you talking about?
15 A. Some lady.
16 Q. Do you know if she was jail personnel or city
17 police officer?
18 A. Jail personnel.
19 Q. At some point did the police officers kind of
20 turn custody of you over to the jail officers
21 and then the city police officers leave the
22 scene?
23 A. Yeah.
24 Q. Now were you examined by any type of a nurse
25 at the jail?

Page 56

1 A. No.
2 Q. The woman who wiped your face with a dry rag
3 do you know what her title was?
4 A. I think she was just the person that takes you
5 in. What's that? Intake?
6 Q. Was she wearing a uniform?
7 A. I'm not sure.
8 Q. Was there any type of an examination that you
9 noticed that any of the jail personnel engaged
10 in? Examination of you.
11 A. No.
12 Q. Okay. And to this point do you remember
13 anything the police officers said to the jail
14 personnel during the transfer process?
15 A. No.
16 Q. So what happens after the woman wipes the
17 blood off of your face?
18 A. They took the picture, and then I went to a
19 cell.
20 Q. Was it an individual cell?
21 A. No.
22 Q. How many other people were in the cell with
23 you?
24 A. I'm not sure.
25 Q. How long were you in that cell before you were

Page 57

1 removed from it?
2 A. At least 12 hours.
3 Q. And where were you taken then when you were
4 removed from that cell?
5 A. I never was. There was a break room, TVs and
6 stuff, concession stands -- not concession
7 stands. Snack machines. And that was it.
8 Q. So during that 12-hour period you had access
9 to the break room area?
10 A. Yeah.
11 Q. Did someone from the jail take your wallet?
12 A. No.
13 Q. Were any of your possessions taken from you
14 when you were taken into the jail?
15 A. Yeah. I think so. I think they take
16 everything out of your pockets, don't they?
17 Cell phone.
18 Q. That's what I'm asking.
19 A. Yeah, cell phone, just whatever they take, you
20 know.
21 Q. Did you have a cell phone with you that night?
22 A. Yes.
23 Q. Did the jail personnel take it from you?
24 A. Yes. They took my personal possessions.
25 Q. So now you're in the jail for about 12 hours.

Page 70

 1  last week to refresh your recollection about
 2  this?
 3  A. Just my cross-exam, my -- the court, and the
 4  OMI report.
 5  Q. When you say your cross-exam, do you mean your
 6  trial testimony when it was in the courthouse
 7  across the street?
 8  A. Yes.
 9      MS. COLEMAN: If I can clarify, he
10  did not review the entire OMI report before
11  coming in here, just the summary of his
12  testimony and the transcription of his
13  testimony.
14      THE WITNESS: Yes.
15  BY MR. KENNEDY:
16  Q. So do you eventually -- since you were held
17  for court, you eventually had a trial; is that
18  correct?
19  A. Yes.
20  Q. And the trial was in the courthouse building.
21  Do you remember who the judge was?
22  A. No.
23  Q. Do you remember whether it was a jury or a
24  nonjury trial?
25  A. It was supposed to be a jury but it was

Page 71

 1  nonjury.
 2  Q. And you testified at the trial, correct?
 3  A. Yes.
 4  Q. And what was the result of the trial?
 5  A. Not guilty.
 6  Q. On all three of the charges?
 7  A. Yes.
 8  Q. Did Shannon Deems show up at the trial?
 9  A. Yes.
10  Q. Did he ever testify that he had told you and
11  your group that you had to leave?
12  A. I believe so.
13  Q. Do you remember anyone telling you you had to
14  leave before Honick told you you had to leave
15  that night?
16  A. No. I know they didn't.
17  Q. Did anyone in your group ever tell you after
18  the fact that the bar was trying to get your
19  group out of there before Honick approached
20  you?
21  A. No. I don't think anybody, no.
22  Q. Have you ever spoken with Honick since the
23  night of the incident?
24  A. No.
25  Q. Have you talked with any other City of

Page 72

 1  Pittsburgh police officers about your case
 2  since the night of the incident?
 3  A. No.
 4  Q. What did OMI -- strike that.
 5      What is your understanding as to
 6  what OMI determined at the end of their
 7  investigation?
 8  A. I have no idea.
 9  Q. Let me ask you a couple of questions now about
10  what you may know about the way the City of
11  Pittsburgh trains and supervises its
12  officers.
13      Do you know anything about how the
14  City of Pittsburgh supervises its individual
15  police officers?
16  A. No.
17  Q. Do you -- there are allegations in your
18  Complaint that the city does not do a good job
19  generally of training and supervising its
20  officers. So I want to ask you if you are
21  aware personally of any particular policy that
22  you think is inappropriate, any particular
23  discipline that you think is inappropriate as
24  you sit here today.
25  A. Just that I know they are pretty forceful.

Page 73

 1  Q. And other than your encounter with Honick, are
 2  you aware of other circumstances where you
 3  believe they used more force than was
 4  necessary?
 5  A. I have seen things.
 6  Q. Tell me what you have seen with the City of
 7  Pittsburgh police officers.
 8  A. South Side, just random things on the street.
 9  Q. Before or after your incident?
10  A. Both.
11  Q. And what type of things? When you say you
12  have seen things, are you alleging officers
13  did things that you thought were
14  inappropriate?
15  A. Yeah, a little extreme. But I'm not aware of
16  their circumstances. I just seen what I saw.
17  Q. Do you know if Dave Honick was disciplined at
18  all as a result of what he did to you?
19  A. I don't believe he was.
20  Q. At any point before Honick punched you, did
21  you raise your hands to try to protect
22  yourself from the punch?
23  A. No.
24  Q. How much time in seconds did it take from
25  Honick to move from where he was past Lexa to

Page 74

1 you?
2 A. A couple seconds.
3 Q. And earlier you said you were stunned. Were
4 you too stunned to do anything to protect
5 yourself?
6 A. I was -- it was quick by the time I realized
7 he was throwing a punch.
8 Q. I understand. But a couple of seconds would
9 give you time to put your hands up to protect
10 your face, correct?
11 A. I didn't. I wasn't aware that he was coming
12 after me until it was too late pretty much.
13 Q. Did you ever get in a fistfight as a kid
14 growing up?
15 A. As a kid.
16 Q. How about as an adult, ever in any fistfights
17 as an adult?
18 A. Maybe throughout high school, 8th grade, gym
19 class.
20 Q. Do you recall any comments that people were
21 making to Honick and the other officers after
22 they had gotten you outside and you were in
23 the process of either being pushed up against
24 the wall and/or being put into the paddy
25 wagon?

Page 75

1 A. I was pretty out of it at that point, but I
2 know I recall some people asking for badge
3 numbers, screaming this is bullshit, police
4 brutality, things along that nature.
5 Q. You told me that you made some comments to
6 Lexa to kind of let your mom know what was
7 going on?
8 A. Yeah.
9 Q. Did you ever speak to anyone in the crowd
10 during that time?
11 A. No.
12 Q. Did you ever shout anything out?
13 A. Just to Lexa.
14 Q. Did you ever come to learn who the officer was
15 who did the leg sweep to take you to the
16 ground?
17 A. I believe it was White.
18 Q. White, okay. Now you sued a number of other
19 officers here, and I'm going to ask you as you
20 sit here today whether you know what they did
21 during this encounter.
22 Officer Semolinski. Do you know
23 what that officer did?
24 A. No.
25 Q. A Detective Lebedda. Do you know what that

Page 76

1 detective did?
2 A. No.
3 Q. An Officer Kail. Do you know what that
4 officer did?
5 A. I believe he was on my back.
6 Q. At what point?
7 A. After the leg sweep.
8 Q. And may have been participating in the
9 handcuffing?
10 A. Yes.
11 MR. KENNEDY: I want to take a look
12 at a few notes here. Mr. Campbell represents
13 the individual police officers. He may have
14 some questions for you as well. Okay?
15 THE WITNESS: Okay.
16  - - - -
17 EXAMINATION
18  - - - -
19 BY MR. CAMPBELL:
20 Q. Mr. Condarcure, how tall are you, sir?
21 A. 6 foot.
22 Q. How much do you presently weigh?
23 A. Presently? 190.
24 Q. And how much did you weigh in February of
25 2010?

Page 77

1 A. Probably 170.
2 Q. In high school did you play any sports?
3 A. Yes.
4 Q. What sports did you play?
5 A. Football.
6 Q. And what position did you play?
7 A. Fullback and linebacker.
8 Q. Have you ever had any training in sports such
9 as wrestling?
10 A. No.
11 Q. Boxing?
12 A. No.
13 Q. Martial arts?
14 A. No.
15 Q. On the night in question since there were 26
16 people and they all came on the bus, when you
17 went to Saddle Ridge before you got off the
18 bus was there any arrangement made as to how
19 the people were to all get back together again
20 to get on the bus to leave?
21 A. Yes. At the end of the night, we were to meet
22 where the -- everything took place. We were
23 supposed to meet around that area, all of us,
24 and the bus was outside waiting.
25 Q. And the end of the evening was going to be